UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert E. Fackler,

       Plaintiff,                          Civil Action No.

v.

Commissioner of Internal Revenue Service,    **AFFIDAVIT OF SERVICE BY CERTIFIED MAIL**

       Defendant.

---

The undersigned, being first duly sworn on oath, deposes and states that she is an employee of Foster & Brever, PLLC, attorneys licensed to practice law in this Court, with offices located at 2812 Anthony Lane South, Suite 200, St. Anthony, Minnesota 55418, declares that on the date indicated below, I served a Summons and Complaint upon each of the entities named below by Certified Mail (unless otherwise indicated below) by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid, and depositing same in the post office at St. Anthony, Minnesota, addressed to each of them as follows:

United States Attorney General
United States Department of Justice
Main Justice Building
10th and Constitution Avenue NW
Washington, DC  20530

United States Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Commissioner of Internal Revenue Service
Attention: CC:PA:DPL
1111 Constitution Avenue NW
Washington, DC 20224

And I declare, under penalty of perjury, that the foregoing is true and correct.

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____                     _____
                                            Sandra K. Batcha


STATE OF MINNESOTA  )
                    ) ss
COUNTY OF HENNEPIN  )

    Subscribed and sworn to before me by Sandra K. Batcha on this 25th day of March, 2013.

_____
Notary Public

THOMAS E BREVER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2015